```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 00612
   ROBERT L TURNER
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-3439

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/13/2007 and was confirmed 05/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
AMERICA SERVICING COMPAN  CURRENT MORTG        .00             .00           .00
LASHAWN MCKETHAN          NOTICE ONLY    NOT FILED             .00           .00
ARROW FINANCIAL SERVICES  UNSECURED      NOT FILED             .00           .00
ARROW FINANCIAL           UNSECURED      NOT FILED             .00           .00
COMPUTER CREDIT           UNSECURED      NOT FILED             .00           .00
HARRIS                    UNSECURED      NOT FILED             .00           .00
NCO COLLECTION AGENCY     UNSECURED      NOT FILED             .00           .00
MARY TURNER               NOTICE ONLY    NOT FILED             .00           .00
ASSET ACCEPTANCE LLC      UNSECURED         308.30             .00           .00
AMERICAS SERVICING CO     MORTGAGE ARRE   14892.53             .00       3647.33
AMERICAS SERVICING CO     NOTICE ONLY    NOT FILED             .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         329.59             .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         417.55             .00           .00
IL STATE DISBURSEMENT UN  DSO ARREARS    NOT FILED             .00           .00
NATIONAL CAPITAL MANAGEM  UNSECURED        1212.43             .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY          790.24             .00           .00
LEM FINANCIAL INCORPORAT  CURRENT MORTG        .00             .00           .00
LEM FINANCIAL INCORPORAT  SECURED NOT I        .00             .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,481.00                       2,481.00
TOM VAUGHN                TRUSTEE                                           457.10
DEBTOR REFUND             REFUND                                            491.94

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             7,077.37

PRIORITY                                        .00
SECURED                                    3,647.33
UNSECURED                                       .00
ADMINISTRATIVE                             2,481.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 00612 ROBERT L TURNER
```

```
TRUSTEE COMPENSATION                                            457.10
DEBTOR REFUND                                                   491.94
                                        ----------------   ----------------
TOTALS                                          7,077.37           7,077.37
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/19/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                         PAGE   2
          CASE NO. 07 B 00612 ROBERT L TURNER